**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 11-59178 JEHJ | **Trustee:** | Larry J. McClatchey |
| **Case Name:** | Ted Davis | **Filed (f) or Converted (c):** | 09/22/14 (c) |
| | Christy Davis | **§341(a) Meeting Date:** | 10/28/14 |
| **Period Ending:** | 11/13/14 | **Claims Bar Date:** | 01/26/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3638 Midland St., Grove City, Ohio 43123 | 84,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account - US Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account - Charter One | 37.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account - Charter One | 614.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Term life insurance through employer | Unknown | 0.00 | | 0.00 | FA |
| 8 | Term life insurance through employer | Unknown | 0.00 | | 0.00 | FA |
| 9 | Great-West Life and Annuity (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401k | Unknown | 0.00 | | 0.00 | FA |
| 11 | 2011 Ford Focus | 16,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1999 Acura TL | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1988 Mustang | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | Hand Tools | 10,000.00 | 5,371.00 | | 0.00 | 10,000.00 |
| 15 | 401k | Unknown | 0.00 | | 0.00 | FA |
| 16 | Proceeds from Great-West Life and Annuity (u) | 100,000.00 | Unknown | | 0.00 | 100,000.00 |
| 17 | Proceeds from Aetna Life Insurance Company (u) | 64,562.20 | Unknown | | 0.00 | 64,562.20 |
| **TOTALS** (Excluding Unknown Values) | | **$283,313.20** | **$5,371.00** | | **$0.00** | **$174,562.20** |

**Major activities affecting case closing:**
REPORT NO. 1:  Trustee is seeking turnover of insurance proceeds.

**Initial Projected Date of Final Report (TFR):**  June 30, 2015            **Current Projected Date of Final Report (TFR):**  June 30, 2015

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| November 13, 2014 | /s/ Larry J. McClatchey |
|---|---|
| Date | Larry J. McClatchey |